IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA JOHNSON, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 13-4238 |
| NEWCOURTLAND, INC., et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this *3rd* day of *March*, 2015, upon consideration of the Motion by Defendants NewCourtland, Inc. and Tiffany Sanford-Adams (Docket No. 33), Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment (Docket No. 34), and Defendants' Reply Brief (Docket No. 36), and upon consideration of the parties' oral arguments, it is hereby **ORDERED** that the Motion is **GRANTED**.

**JUDGMENT IS ENTERED** in favor of Defendants and against Plaintiff on the entirety of the Amended Complaint.

This case is now **CLOSED**.

BY THE COURT:


*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.